UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21CR00689 JAR |
| ) | |
| JASON WYCISKALLA, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 52).  On February 14, 2023, Defendant filed a Motion to Suppress Physical Evidence and Statements (ECF No. 46).  Magistrate Judge Bodenhausen recommends the Court deny the Motion to Suppress Physical Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on March 16, 2023 (ECF No. 52).  The Magistrate Judge recommends that the Motion to Suppress Physical Evidence and Statements (ECF No. 46) be denied.  Neither party has filed objections or otherwise responded to the Report and Recommendation.  After de novo review of this matter, this Court adopts the Magistrate Judge=s recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [52] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Physical Evidence and Statements [46] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is scheduled for a **Jury Trial** on **Monday, May 8, 2023 at 9:00 a.m. in Courtroom 12 North**.

Dated this 3rd day of April, 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE